UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PANGEA LEGAL SERVICES, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>  Defendants. | Civil Action No. 24-2809 (ACR) |

## JOINT STATUS REPORT

The parties, by and through respective undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. This matter arises out of several FOIA requests Plaintiffs submitted Defendants Department of Homeland Security (the "Department"), U.S. Citizenship and Immigration Services ("USCIS"), and Immigration and Customs Enforcement ("ICE"). *See* Compl. (ECF No. 1). Plaintiffs filed suit on October 3, 2024, and Defendants answered the Complaint on December 9, 2024 (ECF No. 7).

2. As previously reported, DHS and Plaintiffs met and conferred in September 2024 and narrowed the scope of Plaintiffs' request. DHS has now completed its search of records pursuant to the narrowed request, and reports that approximately 3,500 pages of records have been identified. DHS has begun making interim releases of records on a monthly basis and will continue to make productions of non-exempt records—subject to appropriate withholdings—on a monthly basis. DHS additionally reports that each monthly production will process at least 500 pages.

3. USCIS reports that it has completed its search for records and has identified approximately 2,173 of total pages potentially responsive to all five of Plaintiff's FOIA requests at issue. USCIS has been processing the responsive records at a rate of approximately 500 pages per month and issued the first production of non-exempt pages on February 11, 2025. USCIS reports that it has completed all productions as of June 30, 2025.

4. ICE reports that it has completed searching for responsive records, and further reports that there are approximately 1,071 potentially responsive pages. ICE produced all responsive records, subject to appropriate withholdings, on March 31, 2025. Additionally, ICE conducted additional searches based upon the produced records and made its final production of records on April 24, 2025. ICE reports that it has now concluded processing and producing records in response to the FOIA request.

5. The parties additionally state that they will continue to confer and negotiate in good faith to address any issues that arise as this matter progresses, including with respect to the ongoing searches and any potential need for prioritization and narrowing, as well as any issues Plaintiffs may raise upon reviewing the records produce.

6. Accordingly, the parties respectfully propose to provide this Court with another status report on or before October 9, 2025, to update the Court on the processing of the requests and any additional steps the parties believe necessary.

Dated: August 8, 2025
      Washington, DC                                                       Respectfully submitted,

| For Plaintiffs: | For Defendants: |
|---|---|
| */s/ Daniel Werner* <br> Daniel Werner (pro hac vice admission) <br> Sejal Zota <br> D.C. Bar No. NC020 <br> Dinesh McCoy (pro have vice admission) <br> Just Futures Law <br> 1629 K Street, NW <br> Suite 300 <br> Washington, D.C. 20006 <br> Telephone: (617) 812-2822 <br> daniel@justfutureslaw.org <br> sejal@justfutureslaw.org <br> dinesh@justfutureslaw.org | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> */s/ Kartik N. Venguswamy* <br> KARTIK N. VENGUSWAMY <br> D.C. Bar No. #983326 <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, D.C. 20530 <br> Tel: (202) 252-1790 <br> kartik.venguswamy@usdoj.gov |