IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PANGEA LEGAL SERVICES<br>391 Sutter Street, Suite 500<br>San Francisco, CA 94108,<br><br>MIJENTE SUPPORT COMMITTEE<br>734 West Polk Street<br>Phoenix, AZ 85007,<br><br>JUST FUTURES LAW,<br>95 Washington Street, Suite 104-149<br>Canton, MA 02021,<br><br>     *Plaintiffs,*<br><br>   v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>20 Massachusetts Avenue NW<br>Room 4210, MS 2120<br>Washington, D.C. 20529,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>245 Murray Lane, S.W.<br>Washington, D.C. 20528,<br><br>*and*<br><br>U.S. IMMIGRATION<br>AND CUSTOMS ENFORCEMENT,<br>500 12th Street SW<br>Washington, D.C. 20536,<br><br>     *Defendants.* | *Civil Action No. 1:24-cv-2809* |

**NOTICE OF WITHDRAWAL OF COUNSEL**

  Undersigned counsel, Dinesh McCoy, hereby withdraws his appearance on behalf of the Plaintiffs in the above-captioned case. Mr. McCoy ended his employment with Just Futures Law

on Aug. 15, 2025 and will no longer have responsibility for this case. Plaintiffs will continue to be represented by attorneys Sejal Zota and Daniel Werner. Plaintiffs have been informed and have provided their consent and signatures below.

Dated: Aug. 27, 2025                             Respectfully submitted,

/s/ Dinesh McCoy
Dinesh McCoy (D.C. Bar. No. 1738167)
Just Futures Law
1629 K Street N.W., Suite 300.
Washington, DC 20006
(202) 355-6390
dinesh@justfutureslaw.org

/s/ Etan Newman
Etan Newman
Pangea Legal Services
391 Sutter Street, Suite 500
San Francisco, CA 94108

/s/ Tania Unzueta
Tania Unzueta
Mijente Support Committee
734 West Polk Street
Phoenix, AZ 85007